STATE OF NEW JERSEY v. THOMAS FURPHY.

December 9, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. BRAYNARD PURNELL, JR.

December 9, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. DONALD HAMM.

December 9, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. LAWTON E. ISAAC.

December 9, 1980.

Petition for certification denied.

MICHAEL J. WOOD v. GLADYS M. GONZALES.

December 9, 1980.

Petition for certification denied.